United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND,<br><br>    Plaintiff,<br> v.<br><br>P. W. SUPERMAKETS, INC.<br><br>    Defendant. | Case No.: C 11-1316 PSG<br><br>**ORDER STAYING CASE** |

On April 5, 2011, Defendant P.W. Supermarkets, Inc. ("P.W.") filed a notice of bankruptcy filing, and thus Plaintiff's action against P.W. is automatically stayed by virtue of 11 U.S.C. § 362.

IT IS HEREBY ORDERED that this case is STAYED pending resolution of the bankruptcy case, an order granting relief from the bankruptcy case, or any other development which establishes that part or all of this action should no longer be stayed.

IT IS FURTHER ORDERED that, absent further order of this court, the parties shall file a status report on December 17, 2011, and every 26 weeks (approximately 6 months) thereafter, to inform the court of the status of the bankruptcy case and whether a stay of this case is still warranted.

Dated:  June 17, 2011

                  _____
                  PAUL S. GREWAL
                  United States Magistrate Judge

Case No.: 11-1316 PSG
ORDER