UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>P.W. SUPERMARKETS, INC.,<br><br>　　　　　　Defendant. | Case No. 5:11-cv-01316-PSG<br><br>**ORDER TO FILE STATUS REPORT** |

When the court stayed this case on June 27, 2011, it required the parties to file status reports every 26 weeks (approximately six months). No status report has been filed since December 9, 2013. No later than December 10, 2014, the parties shall file a report informing the court of the status of the bankruptcy case giving rise to the stay and whether a continuation of the stay is justified.

**SO ORDERED.**

Dated: December 3, 2014

　　　　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1

Case No. 5:11-cv-01316-PSG
ORDER TO FILE STATUS REPORT