UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>P.W. SUPERMARKETS, INC.,<br><br>Defendant. | Case No. 11-cv-01316-PSG<br><br>**ORDER TO FILE STATUS REPORT** |

When the court stayed this case on June 27, 2011, it required the parties to file status reports every 26 weeks (approximately six months).[1] No status report has been filed since December 9, 2014.[2] No later than December 18, 2015, the parties shall file a report informing the court of the status of the bankruptcy case giving rise to the stay and whether a continuation of the stay is justified.

**SO ORDERED.**

Dated: December 11, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 7.

[2] *See* Docket Nos. 16, 17.

Case No. 11-cv-01316-PSG
ORDER TO FILE STATUS REPORT

1