UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>P.W. SUPERMARKETS, INC.,<br><br>Defendant. | Case No. 3:11-cv-01316-LB<br><br>**ORDER** |

Before reassignment, Magistrate Judge Grewal stayed the case because of the bankruptcy case and ordered periodic updates. (See ECF No. 7.) The court generally closes cases administratively that are stayed because of a bankruptcy filing because there is no reason to maintain the file as an open case for statistical purposes. The court thus administratively closes the file. This order is not a dismissal or disposition of this action, and if further proceedings become necessary, any party may initiate them in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: July 5, 2016

LAUREL BEELER
United States Magistrate Judge

ORDER - 3:11-cv-01316-LB